IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PATRICIA L. GOTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-1455-CV-W-ODS |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER REVERSING COMMISSIONER'S FINAL DECISION AND REMANDING FOR FURTHER PROCEEDINGS

The Commissioner's Motion to Reverse and Remand (Doc. # 15) is granted. The Commissioner's final decision denying benefits is reversed, and the matter is remanded for further proceedings. On remand, the ALJ shall obtain supplemental evidence from a vocational expert to clarify the effect of the assessed functional limitations on Plaintiff's occupational base, along with any other actions deemed appropriate, and issue a new decision.

IT IS SO ORDERED.

DATE: September 16, 2013

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT